UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRENDA SAFFORD,<br><br>                Plaintiff,<br><br> -against-<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>                Defendant. | 25-CV-8258 (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

The October 1, 2025 Standing Order staying certain deadlines in civil cases where the Government is a party is no longer in effect.

The Electronic Certified Administrative Record is due by **January 26, 2026**. Plaintiff's brief in support shall be filed by **February 24, 2026**. The Government's opposition shall be filed by **March 26, 2026**. Plaintiff's reply brief shall be filed by **April 9, 2026**.

DATED:  November 19, 2025
           New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge