UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRENDA S.,

Plaintiff,

-against-

COMMISSIONER OF SOCIAL SECURITY,

Defendant.

25 CIVIL 8258 (GRJ)

# **JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED**: That for the reasons stated in the Court's Decision & Order dated September 28, 2026, Plaintiff's Motion for Judgment on the Pleadings is DENIED and this case is DISMISSED. Accordingly, judgment is entered in favor of the Commissioner and the case is closed.

**Dated:** New York, New York
September 30, 2026

**TAMMI M. HELLWIG**
**Clerk of Court**

**BY:** [signature]
**Deputy Clerk**